UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JOSE JAVIER FERNANDEZ, ELVIO TORIBIO,   :
and ARIEL OVALLES,                      :
                                        :   19cv1862 (DLC)
                    Plaintiffs,         :
         -v-                            :   ORDER
                                        :
THE CITY OF NEW YORK, NEW YORK CITY     :
POLICE DEPARTMENT, JAMES P. O'NEILL,    :
Commissioner of the New York City       :
Police Department, POLICE OFFICER       :
JOSE CEPEDA, Shield #19206, SGT.        :
AMADEO OKTROVA, Shield #26126, and      :
NEW YORK CITY POLICE OFFICERS JOHN      :
DOES (names and shield numbers of whom  :
are presently unknown) and other        :
unidentified members of THE NEW YORK    :
CITY POLICE DPEARMENT,                  :
                    Defendants.         :
                                        :
----------------------------------------X



DENISE COTE, District Judge:

   Having received the defendants' letter of January 13, 2020, it is hereby

   ORDERED that plaintiff Ariel Ovalles shall appear for his deposition on January 21, 2020 at 10:00 a.m., at the Office of the Corporation Counsel, 100 Church Street, New York, NY 10007.

Mr. Ovalles is warned that failure to appear for the deposition may result in the dismissal of his claims.

IT IS FURTHER ORDERED that plaintiff's counsel shall communicate this Order to the plaintiff.

Dated: New York, New York
January 14, 2020

_____
DENISE COTE
United States District Judge