```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
JOSE JAVIER FERNANDEZ, ELVIO TORIBIO,     :
and ARIEL OVALLES,                        :
                                          :      19cv1862 (DLC)
                  Plaintiffs,             :
                                          :      ORDER
           -v-                            :
                                          :
THE CITY OF NEW YORK, NEW YORK CITY       :
POLICE DEPARTMENT, JAMES P. O'NEILL,      :
Commissioner of the New York City         :
Police Department, POLICE OFFICER         :
JOSE CEPEDA, Shield #19206, SGT.          :
AMADEO OKTROVA, Shield #26126, and        :
NEW YORK CITY POLICE OFFICERS JOHN        :
DOES (names and shield numbers of whom    :
are presently unknown) and other          :
unidentified members of THE NEW YORK      :
CITY POLICE DPEARMENT,                    :
                  Defendants.             :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendants' letter of January 27, 2020, it is hereby

ORDERED that plaintiff Elvio Toribio shall appear for his deposition on February 4, 2020 at 10:00 a.m., at the Office of the Corporation Counsel, 100 Church Street, New York, NY 10007.

Mr. Toribio is warned that failure to appear for the deposition may result in the dismissal of his claims.

IT IS FURTHER ORDERED that plaintiff's counsel shall communicate this Order to the plaintiff.

Dated:    New York, New York
           January 28, 2020

                                              DENISE COTE
                                 United States District Judge