UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Javier Fernandez, et al.,

                            Plaintiffs,

            -against-

James P. O'Neill, et al.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

1:19-cv-01862 (DLC) (SDA)

ORDER ADJOURNING
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments emergency, and the fact that one of the parties does not wish to proceed with the scheduled settlement conference by remote means, the settlement conference scheduled before Magistrate Judge Stewart Aaron on March 31, 2020 at 10:00 a.m. is adjourned *sine die*.

**SO ORDERED.**

DATED:      New York, New York
                March 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge