```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X        19cv1862 (DLC)
                                        :
 JOSE JAVIER FERNANDEZ                  :           ORDER
                                        :
                          Plaintiff,    :
                                        :
             -v-                        :
                                        :
 AMADEO OKTROVA,                        :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The parties having notified this Court on August 12, 2020 that they consent to a bench trial before this Court, it is hereby

ORDERED that a telephone conference will be held on **September 10, 2020** at **3:00 P.M.**  The dial-in credentials for the telephone conference are the following:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
         August 21, 2020

                              _____
                                       DENISE COTE
                              United States District Judge