```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOSE JAVIER FERNANDEZ,                   :      19cv1862 (DLC)
                                         :
                                         :         ORDER
                Plaintiff,               :
                                         :
          -v-                            :
                                         :
AMADEO OKTROVA,                          :
                                         :
                Defendant.               :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2020

DENISE COTE, District Judge:

On August 12, 2020, the parties notified this Court that they consent to a bench trial. A telephone conference having been held on September 10 to discuss the trial date, it is hereby

ORDERED that trial in the above-captioned case will proceed on **Wednesday, October 21, 2020** at **9:30 a.m.** in Courtroom 18B, 500 Pearl Street. The parties are reminded that the joint pretrial order remains due on **September 25.**

IT IS FURTHER ORDERED that all witnesses must be present in the courtroom on October 21 by **9:30 a.m.**

IT IS FURTHER ORDERED that the parties and all witnesses shall comply with the protocols for entry into the courthouse as described at https://www.nysd.uscourts.gov/covid-19-coronavirus.

Dated:  New York, New York
        September 10, 2020

_____
DENISE COTE
United States District Judge