```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    19cv1862 (DLC)
JOSE JAVIER FERNANDEZ,                    :
                                          :         ORDER
                      Plaintiff,          :
                                          :
            -v-                           :
                                          :
AMADEO OKTROVA,                           :
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

ORDERED that the final pretrial conference is scheduled for **October 15** at **2 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:     888-363-4749
    Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          October 8, 2020

                                        _____
                                             DENISE COTE
                                United States District Judge

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 10-8-2020]