```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      19cv1862 (DLC)
JOSE JAVIER FERNANDEZ,                   :
                                         :         ORDER
                     Plaintiff,          :
                                         :
          -v-                            :
                                         :
AMADEO OKTROVA,                          :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/20

DENISE COTE, District Judge:

ORDERED that the parties shall by **Tuesday, October 20, 2020** at **noon** send copies of any exhibits they intend to use at trial to this Court's Chambers email inbox at cotenysdchambers@nysd.uscourts.gov.

Dated:   New York, New York
         October 15, 2020

                                   _____
                                           DENISE COTE
                                   United States District Judge